No. 146. SOUTHERN SURETY COMPANY *v.* UNITED STATES. Error to the District Court of the United States for the District of South Dakota. Motion to transfer submitted November 1, 1926. Decided November 23, 1926. *Per Curiam.* Motion by defendant in error to transfer to the Circuit Court of Appeals for the Eighth Circuit granted on the authority of *Salinger* v. *Loisel,* 265 U. S. 224, and *Salinger* v. *United States,* 272 U. S. 542. *Solicitor General Mitchell* for the United States, in support of the motion. *Mr. L. H. Salinger* for plaintiff in error, in opposition thereto.

---

No. 553. C. DEWEY BRIAN, GAITHER MOORE, JOSEPH E. BRIAN, AND NEAL MOORE *v.* UNITED STATES. Error to the District Court of the United States for the Eastern District of Illinois. Motion to dismiss submitted November 1, 1926. Decided November 23, 1926. *Per Curiam.* Dismissed for lack of jurisdiction in this court by reason of § 1 of the Act of February 13, 1925, entitled "An act to amend the Judicial Code, and to further define the jurisdiction of the Circuit Courts of Appeals and of the Supreme Court, and for other purposes." *Solicitor General Mitchell, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for the United States, in support of the motion. *Messrs. Charles A. Houts* and *Charles A. Karch* for plaintiffs in error, in opposition thereto.